

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 366TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 23rd day of March, 2018, the cause on appeal to revise or reverse the judgment between

PLANO PARKWAY OFFICE CONDOMINIUMS A/K/A PLANO PARKWAY OFFICE OWNERS ASSOCIATION, Appellant

No. 05-16-01397-CV          V.

BEVER PROPERTIES, LLC, AND JESSE M. TAYLOR, D.D.S., P.A., Appellees

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-04855-2013.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

was determined; and this Court made its order in these words:

      In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

      It is **ORDERED** that appellees BEVER PROPERTIES, LLC, AND JESSE M. TAYLOR, D.D.S., P.A. recover their costs of this appeal from appellant PLANO PARKWAY OFFICE CONDOMINIUMS A/K/A PLANO PARKWAY OFFICE OWNERS ASSOCIATION.

      **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

LISA MATZ, Clerk